**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-48660-JBS |
| | § | |
| BOK HEE KIM | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/29/2012, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/18/2012          By:  /s/ David P. Leibowitz
                                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                           §        Case No. 11-48660-JBS
                                 §
BOK HEE KIM                      §
                                 §
                                 §
                                 §
            Debtor(s)            §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $3,400.00
*and approved disbursements of*      $23.28
*leaving a balance on hand of[1] :*      $3,376.72

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $3,376.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $850.00 | $0.00 | $850.00 |
| David P. Leibowitz, Trustee Expenses | $9.75 | $0.00 | $9.75 |

Total to be paid for chapter 7 administrative expenses:      $859.75
Remaining balance:      $2,516.97

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:      $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|                              |                      |
|-----------------------------:|---------------------:|
| Remaining balance:           | $2,516.97            |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|                                        |           |
|---------------------------------------:|----------:|
| Total to be paid to priority claims:   | $0.00     |
| Remaining balance:                     | $2,516.97 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $12,809.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A./Bank of America | $8,024.46 | $0.00 | $1,576.76 |
| 2 | Capital One Bank (USA), N.A. by American | $4,210.46 | $0.00 | $827.33 |
| 3 | LVNV Funding, LLC its successors and assigns as assignee of FNBM | $574.48 | $0.00 | $112.88 |

|                                                           |           |
|----------------------------------------------------------:|----------:|
| Total to be paid to timely general unsecured claims:      | $2,516.97 |
| Remaining balance:                                        | $0.00     |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                      Case No. 11-48660-JBS
Bok Hee Kim                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: cgreen            Page 1 of 2             Date Rcvd: Oct 22, 2012
                               Form ID: pdf006         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2012.
```
db        +Bok Hee Kim,   8935 W. Heathwood Circle,    Niles, IL 60714-5809
18129029  +Blatt Hasenmiller,   % Citibank,   125 S. Wacker Drive, Suite 400,   Chicago, IL 60606-4440
18129030  +Blitt & Gaines, PC,   % Citi Card,   661 Glenn Ave.,   Wheeling, IL 60090-6017
18129031  +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
18498665   Capital One Bank (USA), N.A. by American,   InfoSource LP as agent,   PO Box 248839,
            Oklahoma City, OK 73124-8839
18129032  +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
18495276   FIA CARD SERVICES, N.A.,   Bank of America,   MBNA America Bank, N.A.,   PO Box 15102,
            Wilmington, DE 19886-5102
18129033   GMAC Mortgage,   Attn: Customer Care,   PO Box 4622,   Waterloo, IA 50704-4622
18129035   Illinois Department Of Revenue,   PO Box 19084,   Springfield, IL 62794-9084
18129026  +Kim Bok Hee,   8935 W Heathwood Circle,   Niles, IL 60714-5809
18129036  +MRS BPO, LLC,   % Equable Ascent Financial / Chase,   1930 Olney Ave.,
            Cherry Hill, NJ 08003-2016
18129027  +Shawn S Kim Attorney at Law,   3758 West Montrose Ave,   Chicago, IL 60618-1027
18129037  +Specialized Loan Servicing, LLC,   8742 Lucent Blvd, Suite 300,   Highland Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18129034   +E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 23 2012 02:11:02     Honda Financial Servicing,
            Bankruptcy Dept.,   PO Box 168088,   Irving, TX 75016-8088
18801149    E-mail/Text: resurgentbknotifications@resurgent.com Oct 23 2012 02:06:51
            LVNV Funding, LLC its successors and assigns as,   assignee of FNBM,
            Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                            TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18129028   ##+Bank Of America,   PO Box 15184,   Wilmington, DE 19850-5184
                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2012**           **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: cgreen              Page 2 of 2              Date Rcvd: Oct 22, 2012
                              Form ID: pdf006           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2012 at the address(es) listed below:
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Hyun S. Kim    on behalf of Debtor Bok Kim kimwolfepc@yahoo.com
          Jose G Moreno    on behalf of Creditor  Federal Home Loan Mortgage nd-one@il.cslegal.com
          Maria  Georgopoulos    on behalf of Creditor  Federal Home Loan Mortgage nd-four@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          TOTAL: 5