**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 11-48660-JBS |
|---|---|---|
|  | § |  |
| BOK HEE KIM | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $194,900.00 | Assets Exempt: | $21,400.00 |
| Total Distributions to Claimants: | $2,516.97 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $883.03 | | |

3) Total gross receipts of $3,400.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $3,400.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $260,275.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $883.03 | $883.03 | $883.03 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $608.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $24,756.00 | $12,809.40 | $12,809.40 | $2,516.97 |
| **Total Disbursements** | $285,639.00 | $13,692.43 | $13,692.43 | $3,400.00 |

4). This case was originally filed under chapter 7 on 12/02/2011. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/11/2013              By:   /s/ David P. Leibowitz
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2008 Acura TSX | 1129-000 | $3,400.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,400.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Mortgage | 4110-000 | $243,775.00 | NA | $0.00 | $0.00 |
| | Honda Financial Servicing | 4110-000 | $5,500.00 | NA | $0.00 | $0.00 |
| | Specialized Loan Servicing, LLC | 4110-000 | $11,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$260,275.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $850.00 | $850.00 | $850.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $9.75 | $9.75 | $9.75 |
| Green Bank | 2600-000 | NA | $23.28 | $23.28 | $23.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$883.03** | **$883.03** | **$883.03** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department Of Revenue | 5800-000 | $608.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$608.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A./Bank of America | 7100-900 | $6,000.00 | $8,024.46 | $8,024.46 | $1,576.76 |
| 2 | Capital One Bank (USA), N.A. by American | 7100-900 | $2,852.00 | $4,210.46 | $4,210.46 | $827.33 |
| 3 | LVNV Funding, LLC its successors and assigns as assignee of FNBM | 7100-900 | $596.00 | $574.48 | $574.48 | $112.88 |
|  | Blatt Hasenmiller | 7100-000 | $5,208.00 | NA | NA | $0.00 |
|  | Blitt & Gaines, PC | 7100-000 | $3,470.00 | NA | NA | $0.00 |
|  | MRS BPO, LLC | 7100-000 | $6,630.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $24,756.00 | $12,809.40 | $12,809.40 | $2,516.97 |

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 11-48660-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KIM, BOK HEE | Date Filed (f) or Converted (c): | 12/02/2011 (f) |
| For the Period Ending: | 2/11/2013 | §341(a) Meeting Date: | 01/18/2012 |
| | | Claims Bar Date: | 04/19/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Real Property - Residence at 8935 W. Heathwood Circle, NIles, ILL 60714 | $200,000.00 | $0.00 | | $0.00 | FA |
| 2  Checking Account with Foster Bank | $2,000.00 | $0.00 | | $0.00 | FA |
| 3  Household Furnishings | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 4  Necessary Wearing Apparel | $300.00 | $300.00 | | $0.00 | FA |
| 5  2008 Acura TSX | $13,000.00 | $3,780.55 | | $3,400.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

                   $216,300.00        $5,080.55                          $3,400.00        $0.00

**Major Activities affecting case closing:**

     Liquidating equity on vehicle

     Review Claims and Prepare TFR

     Prepare TDR

**Initial Projected Date Of Final Report (TFR):**     12/31/2012                 /s/ DAVID LEIBOWITZ

**Current Projected Date Of Final Report (TFR):**                            DAVID LEIBOWITZ

Page No: 1
Case 11-48660 Doc 32 Filed 02/12/13 Entered 02/12/13 09:30:38 Desc Main
Document Page 6 of 7
Exhibit 9
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-48660-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KIM, BOK HEE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9430 | | Checking Acct #: | ******6001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/2/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/11/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2012 | (5) | Mee Jong Kim | Payment | 1129-000 | $1,900.00 | | $1,900.00 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.19 | $1,899.81 |
| 03/14/2012 | (5) | Bok Hee Kim & Dae Hwan Kim | Second payment. | 1129-000 | $500.00 | | $2,399.81 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.63 | $2,396.18 |
| 04/19/2012 | (5) | Bok Hee Kim Dae Hwan Kim | | 1129-000 | $500.00 | | $2,896.18 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.82 | $2,892.36 |
| 05/22/2012 | (5) | Bok Hee Kim/Dae Hwan Kim | Equity payment on Vehicle. | 1129-000 | $500.00 | | $3,392.36 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.90 | $3,387.46 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.46 | $3,382.00 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.28 | $3,376.72 |
| 01/15/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $850.00 | $2,526.72 |
| 01/15/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $9.75 | $2,516.97 |
| 01/15/2013 | 3003 | FIA CARD SERVICES, N.A./Bank of America | Claim #: 1; Amount Claimed: 8,024.46; Amount Allowed: 8,024.46; Distribution Dividend: 19.65; | 7100-900 | | $1,576.76 | $940.21 |
| 01/15/2013 | 3004 | Capital One Bank (USA), N.A. by American | Claim #: 2; Amount Claimed: 4,210.46; Amount Allowed: 4,210.46; Distribution Dividend: 19.65; | 7100-900 | | $827.33 | $112.88 |
| 01/15/2013 | 3005 | LVNV Funding, LLC its successors and assigns as | Claim #: 3; Amount Claimed: 574.48; Amount Allowed: 574.48; Distribution Dividend: 19.65; | 7100-900 | | $112.88 | $0.00 |
| | | | **TOTALS:** | | $3,400.00 | $3,400.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,400.00 | $3,400.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,400.00 | $3,400.00 | |

| For the period of 12/2/2011 to 2/11/2013 | | For the entire history of the account between 02/27/2012 to 2/11/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,400.00 | Total Compensable Receipts: | $3,400.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,400.00 | Total Comp/Non Comp Receipts: | $3,400.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,400.00 | Total Compensable Disbursements: | $3,400.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,400.00 | Total Comp/Non Comp Disbursements: | $3,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-48660-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KIM, BOK HEE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9430 | Checking Acct #: | ******6001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/2/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $3,400.00 | $3,400.00 | $0.00 |

**For the period of 12/2/2011 to 2/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,400.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/02/2011 to 2/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,400.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ